FormCACB 130 (ntdc)
(11/05)

# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

# NOTICE OF DUPLICATE CASE

**DEBTOR(S) INFORMATION:**
Patricia Ann Doublet
**SSN:** xxx−xx−2961
**EIN:** N/A

4890 Huntsmen Pl
Fontana, CA 92336−0401

**BANKRUPTCY NO.** 6:23−bk−14083−WJ
**CHAPTER** 13

The above−captioned bankruptcy case was opened in duplicate on September 7, 2023. This case will be closed.

**The correct case number is 6:23−bk−14082−WJ . Please use this case number for all further proceedings.**

Dated: September 8, 2023

**KATHLEEN J. CAMPBELL
CLERK OF COURT
By: Sandra Mohammad
   Deputy Clerk**

(Form rev. 11/05) VAN−130 ntdc

**5 / SM2**