United States Bankruptcy Court

Central District of California

In re:                                                                                                   Case No. 23-14083-WJ
Patricia Ann Doublet                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                         User: admin                                      Page 1 of 2
Date Rcvd: Sep 09, 2023                Form ID: van130                              Total Noticed: 8

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Patricia Ann Doublet, 4890 Huntsmen Pl, Fontana, CA 92336-0401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: BKBNCNotices@ftb.ca.gov | Sep 09 2023 08:52:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41676490 | Email/Text: itcdbg@edd.ca.gov | Sep 09 2023 08:52:00 | Employment Development Dept., Bankruptcy Group MIC 92E, Po Box 826880, Sacramento, CA 94280-0001 |
| 41676491 | Email/Text: BKBNCNotices@ftb.ca.gov | Sep 09 2023 08:52:00 | Franchise Tax Board, Personal Bankruptcy MS A340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41676492 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 09 2023 08:52:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41676493 | Email/Text: EBN@Mohela.com | Sep 09 2023 08:52:00 | Mohela, Claims Department, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 41676494 | Email/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG | Sep 09 2023 08:52:00 | SchoolsFirst Federal Credit Union, Po Box 11547, Santa Ana, CA 92711-1547 |
| 41676495 | Email/Text: mtgbk@shellpointmtg.com | Sep 09 2023 08:52:00 | The Bank of New York Mellon, Po Box 10826, Greenville, SC 29603-0826 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | CASE REOP/CONV/OR CLOSED WITHOUT A TRUSTEE |
| smg | * | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0973-6  User: admin  Page 2 of 2
Date Rcvd: Sep 09, 2023  Form ID: van130  Total Noticed: 8

Date: Sep 10, 2023  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Patricia Ann Doublet bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

FormCACB 130 (ntdc)
(11/05)

# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

# NOTICE OF DUPLICATE CASE

| | |
|---|---|
| **DEBTOR(S) INFORMATION:** <br> Patricia Ann Doublet <br> **SSN:** xxx−xx−2961 <br> **EIN:** N/A <br><br> 4890 Huntsmen Pl <br> Fontana, CA 92336−0401 | **BANKRUPTCY NO.**  6:23−bk−14083−WJ <br> **CHAPTER**  13 |

The above−captioned bankruptcy case was opened in duplicate on September 7, 2023. This case will be closed.

**The correct case number is 6:23−bk−14082−WJ . Please use this case number for all further proceedings.**

Dated: September 8, 2023

**KATHLEEN J. CAMPBELL
CLERK OF COURT
By: Sandra Mohammad
    Deputy Clerk**

(Form rev. 11/05) VAN−130 ntdc                                                                                                    **5 / SM2**